## STATE OF CONNECTICUT *v.* REGINALD WATKINS (11145)

DALY, FOTI and SCHALLER, Js.

Argued June 4—decision released June 29, 1993

*Joseph G. Bruckmann,* public defender, for the appellant (defendant).

*Frederick W. Fawcett,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Linda N. Howe,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgments are affirmed.